IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LESTER G. MURPHY, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:08-1122 |
| ) | JUDGE ECHOLS/KNOWLES |
| ) | |
| HUMPHREYS COUNTY JUVENILE ) | |
| COURT, JUDGE ANTHONY ) | |
| SANDERS, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

This matter is before the Court upon a "Motion," filed by the pro se Plaintiff, requesting a temporary restraining order against "Child Support Services," located at 102 Cumberland Street, Ashland City, TN 37015. Docket No. 5. Plaintiff states that, during his "due diligence research of the issues in this suit, [he] was threatened with revocation of [his] driver licenses." *Id.* "Child Support Services," however, is not a Defendant in this action.

Moreover, Plaintiff has not complied with the provisions of Fed. R. Civ. P. 65 so as to entitle him to injunctive relief. Plaintiff has not clearly shown, by specific facts in an Affidavit of Verified Complaint, that he is about to suffer immediate and irreparable injury, loss, or damage.

For the foregoing reasons, Plaintiff's "Motion" (Docket No. 5) should be DENIED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has ten (10) days

after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have ten (10) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within ten (10) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

E. Clifton Knowles
United States Magistrate Judge